FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 27  AM 8:09

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN KENDALL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-1182** |
| **JEFFERY TRAVIS, WARDEN, RCC** | **SECTION "N"(2)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on September 20, 2007, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of John Kendall for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and the petition **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 26th day of September, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____